UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| RAMA MAYHAN, | ) |
| | ) 2:16-cv-01213-JCM-CWH |
| Plaintiff, | ) |
| | ) <u>ORDER</u> |
| vs. | ) |
| | ) |
| WAL-MART STORES, INC., | ) |
| | ) |
| Defendant. | ) |

Presently before the court is Robert D. Vannah and John B. Greene's motion to withdraw as attorneys for Plaintiff Rama Mayhan (ECF No. 15), filed on November 9, 2016.

IT IS ORDERED that a hearing on the motion is set for Monday, November 21, 2016, at 1:30 p.m. in Courtroom 3C, Lloyd D. George United States Courthouse, 333 Las Vegas Boulevard South, Las Vegas, Nevada.

IT IS FURTHER ORDERED that Plaintiff Rama Mayhan must attend the hearing set for November 21, 2016.

IT IS FURTHER ORDERED that Plaintiff's attorneys must serve a copy of their motion to withdraw (ECF No. 15) as well as this order on Plaintiff and file proof of service by November 18, 2016.

DATED: November 10, 2016.

_____
C.W. Hoffman, Jr.
United States Magistrate Judge