BRENDA H. ENTZMINGER
Nevada Bar No. 9800
RYAN M. KERBOW
Nevada Bar No.11403
**PHILLIPS, SPALLAS & ANGSTADT LLC**
504 South Ninth Street
Las Vegas, Nevada 89101
(702) 938-1510
bentzminger@psalaw.net
rkerbow@psalaw.net

*Attorneys for Defendant*
*Wal-Mart Stores, Inc.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| RAMA MAYHAN, | Case No.: 2:16-cv-01213-JCM-CWH |
| Plaintiff, | **STIPULATION AND ORDER FOR** |
| v. | **DISMISSAL WITH PREJUDICE** |
| WAL-MART STORES, INC.; DOES I through X. inclusive and ROE CORPORATIONS I through X, inclusive, | |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED, by the parties hereto, through their respective

counsel of record, that the above-captioned matter be dismissed with prejudice, each party to bear that

//
//
//
//
//
//
//

1  party's own costs and attorney's fees.

2  DATED this 23 day of Nov., 2016.        DATED this 13th day of December, 2016.

3     GOLIGHTLY & VANNAH, PLLC             PHILLIPS, SPALLAS & ANGSTADT

4

5     John B. Greene, Esq.                 Ryan Kerbow, Esq.
6     400 S. Seventh Street, 4th Floor     504 South Ninth Street
      Las Vegas, Nevada 89101              Las Vegas, Nevada 89101
7     *Attorneys for Plaintiff*            *Attorneys for Defendant*
      *Rama Mayhan*                        *Wal-Mart Stores, Inc.*
8

9

10                              **ORDER**

11         PURSUANT TO THE STIPULATION OF THE PARTIES, through their respective counsel, it

12  is hereby:

13         ORDERED, ADJUDGED, AND DECREED, that the above-captioned matter be dismissed,

14

15  with prejudice, each party to bear that party's own costs and attorney's fees.

16         DATED December 16, 2016.

17

18                              _____
                                **UNITED STATES DISTRICT JUDGE**
19

20

21

22

23

24

25

26

27

28